UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LISA A. COX,

    *Plaintiff*,

v.                                              Case No. SA-23-CV-0298-JKP

SOUTH TEXAS RADIOLOGY
IMAGING CENTERS and
ACCOUNT SERVICES
COLLECTION, INC.,

    *Defendants*.

## THIRTY-DAY ORDER OF DISMISSAL

Based upon an *Advisory of Settlement* (ECF No. 9), the mediating Magistrate Judge indicated that parties have settled this case. Although the parties were to make a case closing filing on or before September 15, 2023, that date has passed without any such filing. Given such information the Court vacates all deadlines and settings and hereby dismisses all claims by all parties **WITHOUT PREJUDICE** subject to any party moving to reopen within thirty days. Any party may move for an extension of this deadline to allow more time to execute the parties' settlement. If the parties cannot finalize a settlement, any party may move to reopen this action within the deadline imposed herein. If the Court grants such a motion, the case will be reopened as though it had never been closed. Unless the Court extends the deadline or a party moves to reopen the case within the deadline set by this order, this action shall be considered **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED** this 3rd day of October 2023.

*[signature: Jason Pulliam]*

JASON PULLIAM
UNITED STATES DISTRICT JUDGE