UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LISA A. COX,**

    *Plaintiff*,

v.                                          Case No. SA-23-CV-0298-JKP

**SOUTH TEXAS RADIOLOGY
IMAGING CENTERS and
ACCOUNT SERVICES
COLLECTION, INC.,**

    *Defendants*.

## ORDER OF DISMISSAL

Based upon the parties' *Joint Stipulation of Dismissal with Prejudice* (ECF No. 32) and *Defendant South Texas Radiology Imaging Centers' Notice of Satisfaction of Claim Following Payment* (ECF No. 33), it appears that the parties have resolved all claims between them. The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss a case without a court order by filing a stipulation of dismissal signed by all parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). And, except as provided in Rule 41(a)(1), a court order is necessary to effectuate a dismissal at the plaintiff's request. *See* Fed. R. Civ. P. 41(a)(2). Furthermore, Rule 41(a)(2) recognizes that when "a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." Additionally, Rule 41(c) expressly makes Rule 41 applicable to dismissal of counterclaims.

After removing this case to federal court, Defendant South Texas Radiology Imaging Centers filed a counterclaim against Plaintiff. *See* ECF No. 3. Plaintiff later filed an amended

complaint. *See* ECF No. 27. This case settled before any defendant answered or otherwise responded to the amended complaint.

Based on the two filings before the Court, the parties have resolved all claims asserted in this case and they seek dismissal of all claims with prejudice. Accordingly, the Court **DISMISSES** this action in its entirety at the parties' request. This dismissal is with prejudice as requested. *See* Fed. R. Civ. P. 41(a)(1)(B). The parties will bear their own costs and attorney fees.

**SIGNED this 5th day of October 2023.**

*Jason Pulliam*
JASON PULLIAM
UNITED STATES DISTRICT JUDGE